UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AISHA WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ONEUNITED BANK; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-1856-TLN-AC<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR FILING A RESPONSIVE PLEADING**<br><br>Judge:　　　Hon. Troy L. Nunley<br>Trial Date:　　None Set |

Having considered the Stipulation to Extend Time for Filing a Responsive Pleading, and for good cause, the Court finds and orders as follows:

1. The deadline for Defendant to respond to the Complaint shall be extended and continued for seventeen (17) days through November 15, 2021.

2. The Court will not schedule any further conference or hearing in this matter until after November 15, 2021, to permit the responsive pleading to be timely filed.

IT IS SO ORDERED.

DATED: October 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101