KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AISHA WRIGHT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; ONEUNITED BANK; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-1856-TLN-AC<br><br>**ORDER RE JOINT STIPULATION FOR ADDITIONAL EXTENSION OF TIME FOR FILING A RESPONSIVE PLEADING**<br><br>Judge:　　　Hon. Troy L. Nunley<br>Trial Date:　　None Set |

Having considered the Joint Stipulation for Additional Extension of Time for Filing a Responsive Pleading, and for good cause, the Court finds and orders as follows:

　　　　1.　　　The deadline for Defendant ONEUNITED BANK to respond to the Complaint shall be extended and continued for seventeen (17) days through December 1, 2021.

　　　　2.　　　The Court will not schedule any further conference or hearing in this matter until after December 1, 2021, to permit the responsive pleading to be timely filed.

　　　　IT IS SO ORDERED.

DATED: November 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge